1  KAREN P. HEWITT
   United States Attorney
2  DAVID D. LESHNER
   Assistant U.S. Attorney
3  Federal Office Building
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7163
5  David.Leshner@usdoj.gov

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Criminal Case No. 08-CR-2352-LAB
                                       )
11                   Plaintiff,        )
                                       )  **JOINT MOTION TO CONTINUE MOTION**
12          v.                         )  **HEARING AND TRIAL SETTING TO**
                                       )  **SEPTEMBER 15, 2008**
13  JORGE MONTES-LEYVA (1),            )
    JUAN PEDRO SIDA-ARELLANO (2),      )
14  ALDO MIRAMONTES-CARRILLO (3),      )
    JOVANN ALFREDO ALONSO-PEREZ (4),   )
15                                     )
                     Defendants.       )
16  _____)

17

18      The parties jointly move the Court to continued the motion hearing and trial setting from

19  September 8, 2008 to September 15, 2008.  The reasons for this one-week continuance are set forth in

20  the attached Declaration of David D. Leshner.  All defendants are in custody, and the parties agree that

21  time is excludable until September 15, 2008 due to the pending motions.

22

23  DATED:        September 1, 2008.        Respectfully submitted,

24                                          Karen P. Hewitt
                                            United States Attorney
25
                                            /s/ David D. Leshner
26                                          DAVID D. LESHNER
                                            Assistant U.S. Attorney
27

28

1  DATED:        September 1, 2008.          /s/ Victor Torres
                                             Victor Torres
2                                            Attorney for Jorge Montes-Leyva

3  DATED:        September 1, 2008.          /s/ Howard Frank
                                             Howard Frank
4                                            Attorney for Juan Pedro Sida-Arellano

5  DATED:        September 1, 2008.          /s/ Timothy Scott
                                             Timothy Scott
6                                            Attorney for Aldo Miramontes-Carrillo

7  DATED:        September 1, 2008.          /s/ Lynn Ball
                                             Lynn Ball
8                                            Attorney for Jovann Alfredo Alonso-Perez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF DAVID D. LESHNER

2          I, David D. Leshner, declare:

3          1.          I am an attorney admitted to practice in the courts of this State and in the

4    United States District Court for the Southern District of California.  I make this declaration in

5    support of the parties' Joint Motion to Continue the Motion Hearing and Trial Setting in this matter

6    from September 8, 2008 to September 15, 2008.

7          2.          At the initial motion hearing and trial setting on August 25, 2008, the parties

8    informed the Court that Lynn Ball, Esq., counsel for defendant Jovann Alfredo Alonso-Perez, was

9    absent because he was in trial in San Diego Superior Court.  Also at the August 25 hearing, the

10   Court relieved Federal Defenders of San Diego, Inc. as counsel for defendant Aldo Miramontes-

11   Carrillo due to a conflict of interest.  The Court appointed Timothy Scott, Esq. to represent Mr.

12   Miramontes and continued the motion hearing and trial setting to September 8, 2008 at 2:00 p.m.

13         3.          Following the August 25 motion hearing, I contacted all four defense counsel to

14   discuss scheduling issues concerning the continued hearing on September 8.  In particular, Mr. Ball

15   informed me on August 28, 2008 that he does not expect his trial will not conclude by September 8

16   and that he will be unable to attend the motion hearing and trial setting on that date.  Mr. Ball

17   expects his trial to conclude prior to September 15, 2008 and will be available on that date.

18         4.          On August 27, 2008, I spoke with Timothy Scott, recently-appointed counsel for Mr.

19   Miramontes.  Mr. Scott informed me that he would join in a motion for a one-week continuance as

20   that would provide him with additional time to familiarize himself with the case prior to the motion

21   hearing.  On August 28, 2008, I spoke with Victor Torres and Howard Frank, counsel for Mr.

22   Montes-Leyva and Mr. Sida-Arellano, and both informed me that they would join in a request for a

23   continuance to September 15, 2008.

24         I declare under penalty of perjury under the laws of the United States of America that the

25   foregoing is true and correct.

26

27         DATED:          September 1, 2008          /s/ David D. Leshner
                                                       DAVID D. LESHNER
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-2352-LAB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| JORGE MONTES-LEYVA (1), JUAN PEDRO SIDA-ARELLANO (2), ALDO MIRAMONTES-CARRILLO (3), JOVANN ALFREDO ALONSO-PEREZ (4), | ) ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING TO SEPTEMBER 15, 2008** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Victor Torres, Esq.

Howard Frank, Esq.

Timothy Scott, Esq.

Lynn Ball, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2008.

/s/ David D. Leshner
DAVID D. LESHNER