UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-2352-LAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |
| JORGE MONTES-LEYVA (1),<br>JUAN PEDRO SIDA-ARELLANO (2),<br>ALDO MIRAMONTES-CARRILLO (3),<br>JOVANN ALFREDO ALONSO-PEREZ (4), | ) | |
| Defendants. | ) | |

   IT IS HEREBY ORDERED that the motion hearing and trial setting in this matter be continued from September 8, 2008 to September 22, 2008, at 3:00 p.m.  The defendants are in custody, and the Court finds that time is excludable until September 22, 2008.

   IT IS SO ORDERED.

DATED: September 3, 2008

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge